**AMARO | BALDWIN LLP**
Rudie D. Baldwin, Esq. (Bar No. 245218)
Lauren Kim, Esq. (Bar No. 339538)
400 Oceangate, Suite 1125
Long Beach, California 90802
Telephone: (562) 912-4157
Facsimile: (866) 611-6619
rbaldwin@amarolawyers.com
lkim@amarolawyers.com
SPRO0024

Attorneys for Defendant,
**SF MARKETS, LLC dba SPROUTS FARMERS MARKET** (erroneously sued herein as Sprouts Famers Market, LLC)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALBERT ACOSTA,<br><br>            Plaintiff,<br><br>v.<br><br>SPROUTS FARMERS MARKET, LLC<br>DOES 1 TO 10, INCLUSIVE<br><br>            Defendants. | CASE NO. 2:22-cv-06658<br><br>**NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT UNDER 28 U.S. CODE §§ 1441 and 1446 (DIVERSITY); DEMAND FOR JURY TRIAL; DECLARATION OF RUDIE D. BALDWIN**<br><br>Complaint Filed: August 1, 2022<br>Trial Date: None |

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION:**

PLEASE TAKE NOTICE that Defendant, SF MARKETS, LLC dba SPROUTS FARMERS MARKET (erroneously sued herein as "SPROUTS FARMERS MARKET, LLC") ("Defendant") hereby removes the above-entitled action to the United States District Court for the Central District of California, pursuant to 28 U.S. Code §§ 1441 and 1446. As grounds for removal, Defendant respectfully states:

///

1

**NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT UNDER 28 U.S. CODE §§ 1441 AND 1446 (DIVERSITY)**

## BACKGROUND

1. On or about August 1, 2022, Plaintiff, ALBERT ACOSTA ("Plaintiff") commenced a civil action in the Superior Court of the State of California for the County of Los Angeles, captioned *Albert Acosta v. Sprouts Farmers Market, LLC, et al.* Case No. 22STCV24707 (the "State Court Action"). A true and accurate copy of Plaintiff's Complaint in the State Court Action is attached hereto as **Exhibit "A"**.

2. The Complaint was served on Defendant's Agent for Service of Process on August 2, 2022. A copy of the Service of Process Transmittal, from Corporation Service Company (agent for service of process), setting forth the service date, is attached hereto as **Exhibit "B"**. Thereafter, Plaintiff's counsel granted a 15-day extension to file a responsive pleading, making the due date, Friday September 16, 2022, pursuant to CRC Rule 3.110. A true and correct copy of the meet and confer email correspondence confirming extension, is attached hereto as **Exhibit "C"**.

3. Defendant files this Notice of Removal of a Civil Action within the time period it could file an Answer as a matter of right, and as a result, the removal proceedings are timely. *Hansford v. Stone-Ordean-Wells Co.* (D.C. Mont. 1912) 201 Fed. 185. Accordingly, this Notice is timely filed in compliance with the requirements of 28 U.S.C. Sections 1441 (b), 1446 (b).

4. Defendant has not pled, answered, or otherwise appeared in the State Court Action.

## JURISDICTION

5. This matter is removed to the United States District Court for the Southern District of California, on the grounds that there is complete diversity of citizenship between Plaintiff on the one hand, and Defendant on the other hand, and the amount in controversy exceeds $75,000. The facts supporting jurisdiction are as follows:

## DIVERSITY OF CITIZENSHIP

6. Defendant is informed and believes that Plaintiff is an individual, residing in the State of California.

7. The Complaint erroneously named "SPROUTS FARMERS MARKET, LLC" as a defendant. The correct legal entity of the only proper entity is SF MARKETS, LLC dba SPROUTS FARMERS MARKET.

8. Defendant, SF MARKETS, LLC dba SPROUTS FARMERS MARKET (erroneously sued as "SPROUTS FARMERS MARKET, LLC.") was, and currently is, incorporated in the State of Delaware (See Declaration of Rudie D. Baldwin, and **Exhibit "D",** State of Delaware Entity Details). Defendant SF MARKETS, LLC dba SPROUTS FARMERS MARKET has its principal place of business is in Phoenix, Arizona. The Corporate Office of Defendant is located at 5455 E. High St, Ste 111, Phoenix, Arizona, 85054. (See Declaration of Rudie D. Baldwin, and **Exhibit "D"**, Screenshot from Website).

9. Accordingly, Defendant is not a citizen of the State of California, where the action was brought, and the citizenship of all defendants is diverse from that of Plaintiff.

10. The underlying state court action is a civil action which arises from a personal injury damage claim, wherein Plaintiff claims that he slipped at the Sprouts Farmers Market, located at 1375 Foothill Blvd., La Verne, CA 91750, (County of Los Angeles), on September 22, 2020, (See **Exhibit "A"**, Complaint, Paragraph L-1, Page 4).

11. Plaintiff, ALBERT ACOSTA, claims that he suffered injuries to his knee resulting in damages for hospital and medical expenses, compensatory damages, general damages, and other damages according to proof. During preliminary settlement negotiations on September 1, 2022, Plaintiff's counsel represented that the amount in controversy exceeds $75,000 by advising that Plaintiff attributes an injury to the incident that required surgical repair of his knee by way of a total knee replacement and related treatment. (See Declaration of Rudie D. Baldwin). As such, the amount controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000).

12. No proceedings have taken place in the State Court to which Defendant

1  had notice.

2      13.    Neither answers nor other responsive pleadings have been filed in the State Court action.

    14.    The underlying State Court action is one in which this Court has original jurisdiction under the provisions of 28 U.S. Code § 1332, and is one which may be removed to this Court by Defendant, pursuant to the provisions of 28 U.S. Code §§ 1441 and 1446, in that it is a civil action wherein the amount in controversy exceeds the sum of Seventy Five Thousand Dollars ($75,000), exclusive of interest and costs, and is between entities of different states.

## AMOUNT IN CONTROVERSY

    15.    Over $75,000 per representations made by Plaintiff's counsel. (See Declaration of Rudie D. Baldwin).

## NOTICE

    16.    Pursuant to 28 U.S. Code § 1446 (d), proper notice will be given to Plaintiff herein, by and through counsel of record, and to the Clerk of the Superior Court of Los Angeles, which will be filed in that Court.  (See Declaration of Rudie D. Baldwin, and **Exhibit "E"**).

## DEMAND FOR JURY TRIAL

    17.    Pursuant to the Seventh Amendment to the United States Constitution and Rule 38(b) of the Federal Rules of Civil Procedure, Defendant, SF MARKETS, LLC dba SPROUTS FARMERS MARKET hereby respectfully demands a trial by jury.

DATED: September 16, 2022

AMARO | BALDWIN LLP

By: _____
RUDIE D. BALDWIN
Attorneys for Defendant,
SF MARKETS, LLC dba SPROUTS FARMERS MARKET

## DECLARATION OF RUDIE D. BALDWIN

I, RUDIE D. BALDWIN, declare:

I am an attorney, duly licensed to practice law in all the courts of the State of California, and am a partner in the law firm of Amaro | Baldwin LLP, attorneys of record for Defendant, SF MARKETS, LLC dba SPROUTS FARMERS MARKET (erroneously sued herein as "SPROUTS FARMERS MARKET, LLC") ("Defendant"). As such, I have personal knowledge of the files and pleadings in this matter, as well as the facts stated below.  If called upon as a witness, I could and would competently testify as follows:

## BACKGROUND

1. On or about August 1, 2022, Plaintiff, ALBERT ACOSTA ("Plaintiff") commenced a civil action in the Superior Court of the State of California for the County of Los Angeles, captioned *Albert Acosta v. Sprouts Farmers Market, LLC, et al.* Case No. 22STCV24707 (the "State Court Action").  A true and accurate copy of Plaintiff's Complaint in the State Court Action is attached hereto as **Exhibit "A"**.

2. The Complaint was served on Defendant's Agent for Service of Process on August 2, 2022. A copy of the Service of Process Transmittal, from Corporation Service Company (agent for service of process), setting forth the service date, is attached hereto as **Exhibit "B"**.  Thereafter, Plaintiff's counsel granted a 15-day extension to file a responsive pleading, making the due date, Friday September 16, 2022, pursuant to CRC Rule 3.110.  A true and correct copy of the meet and confer email correspondence confirming extension, is attached hereto as **Exhibit "C"**.

3. Defendant files this Notice of Removal of a Civil Action within the time period it could file an Answer as a matter of right, and as a result, the removal proceedings are timely. *Hansford v. Stone-Ordean-Wells Co.* (D.C. Mont. 1912) 201 Fed. 185. Accordingly, this Notice is timely filed in compliance with the requirements of 28 U.S.C. Sections 1441 (b), 1446 (b).

4. Defendant has not pled, answered, or otherwise appeared in the State Court

Action.

## JURISDICTION

5. This matter is removed to the United States District Court for the Southern District of California, on the grounds that there is complete diversity of citizenship between Plaintiff on the one hand, and Defendant on the other hand, and the amount in controversy exceeds $75,000. The facts supporting jurisdiction are as follows:

## DIVERSITY OF CITIZENSHIP

6. Defendant is informed and believes that Plaintiff is an individual, residing in the State of California.

7. The Complaint erroneously named "SPROUTS FARMERS MARKET, LLC" as a defendant. The correct legal entity of the only proper entity is SF MARKETS, LLC dba SPROUTS FARMERS MARKET.

8. Defendant, SF MARKETS, LLC dba SPROUTS FARMERS MARKET (erroneously sued as "SPROUTS FARMERS MARKET, LLC.") was, and currently is, incorporated in the State of Delaware. A true and correct copy of the Sprouts State of Delaware Entity Details is attached hereto as **Exhibit "D"**. Defendant SF MARKETS, LLC dba SPROUTS FARMERS MARKET has its principal place of business is in Phoenix, Arizona. The Corporate Office of Defendant is located at 5455 E. High St, Ste 111, Phoenix, Arizona, 85054. A true and correct copy of screenshots evidencing the principal place of business is also attached hereto as **Exhibit "D".**

9. Accordingly, Defendant is not a citizen of the State of California, where the action was brought, and the citizenship of all defendants is diverse from that of Plaintiff.

10. The underlying state court action is a civil action which arises from a personal injury damage claim, wherein Plaintiff claims that he slipped at the Sprouts Farmers Market, located at 1375 Foothill Blvd., La Verne, CA 91750, (County of Los Angeles), on September 22, 2020, (See **Exhibit "A"**, Complaint, Paragraph L-1, Page 4).

11.     Plaintiff, ALBERT ACOSTA, claims that he suffered injuries to his knee resulting in damages for hospital and medical expenses, compensatory damages, general damages, and other damages according to proof. During preliminary settlement negotiations on September 1, 2022, Plaintiff's counsel represented that the amount in controversy exceeds $75,000 by advising that Plaintiff attributes an injury to the incident that required surgical repair of his knee by way of a total knee replacement and related treatment. As such, the amount controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000).

12.     No proceedings have taken place in the State Court to which Defendant had notice.

13.     Neither answers nor other responsive pleadings have been filed in the State Court action.

14.     The underlying State Court action is one in which this Court has original jurisdiction under the provisions of 28 U.S. Code § 1332, and is one which may be removed to this Court by Defendant, pursuant to the provisions of 28 U.S. Code §§ 1441 and 1446, in that it is a civil action wherein the amount in controversy exceeds the sum of Seventy Five Thousand Dollars ($75,000), exclusive of interest and costs, and is between entities of different states.

## AMOUNT IN CONTROVERSY

15.     Over $75,000 per representations made by Plaintiff's counsel.

## NOTICE

16.     Pursuant to 28 U.S. Code § 1446 (d), proper notice will be given to Plaintiff herein, by and through counsel of record, and to the Clerk of the Superior Court of Los Angeles, which will be filed in that Court.  A true and correct copy of the notice given to the Clerk of the Superior Court of Los Angeles is attached hereto as **Exhibit "E"**).

## DEMAND FOR JURY TRIAL

17.     Pursuant to the Seventh Amendment to the United States Constitution and Rule 38(b) of the Federal Rules of Civil Procedure, Defendant, SF MARKETS, LLC

Case 2:22-cv-06658-JLS-PLA   Document 1   Filed 09/16/22   Page 8 of 8   Page ID #:8

dba SPROUTS FARMERS MARKET hereby respectfully demands a trial by jury.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on September 16, 2022, at Long Beach, California.

DATED: September 16, 2022

AMARO | BALDWIN LLP

By: _____
RUDIE D. BALDWIN, ESQ.
Attorneys for Defendant,
SF MARKETS, LLC

NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT UNDER 28 U.S. CODE §§ 1441 AND 1446 (DIVERSITY)