UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 2:22-06658 ADS                                    Date: September 8, 2025

Title: *Albert Acosta v. Sprouts Farmers Market, LLC, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING REOPENING ACTION**

On September 16, 2024, the Parties filed a Notice of Settlement. (Dkt. No. 73.) On September 23, 2024, the Court issued an order vacating all pending dates and requiring the Parties to file dismissal papers by November 22, 2024. (Dkt. No. 74.) To date, the Parties have not filed dismissal papers or otherwise communicated with the Court.

The Parties are **ORDERED TO SHOW CAUSE** why this action should not be reopened and dates reset by no later than September 12, 2025. The filing of dismissal papers will discharge this Order.

**IT IS SO ORDERED.**

Initials of Clerk kh